**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

**CRIDER, INC.,**

**Plaintiff,**

v.                              6:10-cv-39

**KEYSTONE FOODS LLC,**

**Defendant.**

### ORDER

Before the Court is Plaintiff Crider, Inc.'s ("Crider") "Request for Oral Argument" on the pending motions in this case. *See* Doc. 67; *see also* Docs. 43 (Crider's Motion for Leave to File Amended Complaint); 44 (Defendant Keystone Foods LLC's ("Keystone") Motion for Summary Judgment); 63 (Keystone's Motion to Strike Declaration).

Crider suggests that oral argument will assist the Court in deciding these motions. *See* Doc. 67 at 2. Keystone believes that the issues have been fully and extensively briefed by the parties and that no oral argument is necessary. *See* Doc. 68 at 1.

After reviewing the parties' submissions, the Court agrees with Keystone and finds that no oral argument is necessary. While the Court is not opposed to granting requests for oral argument when it is helpful, Crider has identified no issues for which argument is needed, and the Court has discovered none. The parties' submissions are sufficient to decide all of the issues in this case.

Accordingly, Crider's "Request for Oral Argument," *see* Doc. 67, is **DENIED**.

This 28th day of September 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA